THE PEOPLE *ex rel.* John Sullivan

*v.*

SAMUEL S. HAKE, Mayor, etc.

MANDAMUS—*to do act enjoined.* Where it appears that a party is enjoined from doing the same thing that it is then sought to compel him to do, by *mandamus,* and the adjudication in the injunction suit is pending before this court, a *mandamus* will be refused.

This is a petition under chapter 87 of the R. S. 1874, praying a *mandamus* against Hake, as mayor of East St. Louis, and the clerk, to compel them to issue and deliver to the relator a certain certificate for $210, payable out of a special appropriation of $1000, made by the city for its health department, for the year 1876.

Mr. R. F. WINGATE, for the relator.

Messrs. BOWMAN & HALBERT, for the respondent.

Per CURIAM: It appears by the record in this case that the respondent is enjoined in another proceeding from doing precisely the same thing that it is here sought to compel him to do by *mandamus,* and that such proceeding is now pending for hearing at the next term in the southern division. The adjudication in that case will settle the question attempted to be raised in this, and, on the principle announced in *People ex rel. etc.* v. *Warfield,* 20 Ill. 159, and *People ex rel.* v. *Wiant,* 48 id. 263, *mandamus* will not be awarded.

*Mandamus refused.*